# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1271
LT Case No. 2022-CF-8673

_____

ALFONSO BERNARD MOORE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

December 5, 2025

PER CURIAM.

As to the first issue, regarding admission of evidence, that Alfonso Bernard Moore ("Appellant") raises on direct appeal, we affirm without further discussion. As to his second issue, Appellant claims that having the judge rather than a jury determine the underlying facts of whether he qualified for designation and sentencing as a Habitual Violent Felony Offender

pursuant to section 775.084(1)(b), Florida Statutes, is contrary to *Erlinger v. United States*, 602 U.S. 821 (2024), and thus unconstitutional. We affirm on this issue because *if* there was any error regarding the application of *Erlinger,* the record before this Court demonstrates conclusively that it was harmless error. *See Capra v. State*, 403 So. 3d 1063, 1064 (Fla. 5th DCA 2025).

AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____